UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| UNITED STATES OF AMERICA, | Case No. 17-cr-00083-MMC-1   (LB) |
|---|---|
| Plaintiff, | |
| v. | **DETENTION ORDER** |
| RYAN PATACSIL, | |
| Defendant. | |

For the reasons stated on the record at the detention hearing, and based on this record (including the charges, the government's proffer, the bail study, and other information presented at the hearing), the court finds by a preponderance of the evidence that Mr. Patascil presents a serious risk of flight and by clear and convincing evidence that he is a danger to the community. Again based on this record, the court cannot mitigate the risks through any conditions currently available to it. The court thus orders Mr. Patiscal detained pending trial but without prejudice to reconsideration at a later date.

Accordingly, pursuant to 18 U.S.C. § 3142(i), the court orders the following:

(1) The defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant must be afforded reasonable opportunity for private consultation with his

ORDER ─ No. 17-cr-00083-MMC-1

1  counsel; and

2  (3) On order of a court of the United States or on request of an attorney for the government,
3  the person in charge of the corrections facility in which the defendant is confined shall deliver the
4  defendant to an authorized Deputy United States Marshal for the purpose of any appearance in
5  connection with a court proceeding.

6  **IT IS SO ORDERED.**

7  Dated: February 16, 2017

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No.17-cr-00083-MMC-1                2