1 BRIAN J. STRETCH (CABN 163973)
United States Attorney

2 BARBARA J. VALLIERE (DCBN 439353)
3 Chief, Criminal Division

4 ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney
5     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
6     Telephone: (415) 436-7019
    FAX: (415) 436-7234
7     Andrew.Dawson@usdoj.gov

8 Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR 17-0083 MMC |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME AND [PROPOSED] ORDER |
| v. | |
| RYAN RECAIDO PATACSIL, | |
| Defendant. | |

The parties are currently set for a further status conference before this court on June 21, 2017. The parties are currently engaged in settlement discussions, and law enforcement review of the defendant's many digital devices is ongoing. In light of this posture, the parties agree and stipulate to continue the upcoming status conference to August 2, 2017. The parties further submit this stipulation confirming their agreement that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) between June 21, 2017 and August 2, 2017. Exclusion of time until August 2, 2017, will allow the defense to conduct further analysis of the evidence and is necessary for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: June 15, 2017                  /s/
                                                    ANDREW F. DAWSON
                                                    Assistant United States Attorney

1 | DATED: June 15, 2017                              /s/
2 |                                          RYAN McHUGH
  |                                          Attorney for Defendant Patacsil

STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME AND [PROPOSED] ORDER
CR 17-0083 MMC

| | |
|---|---|
| 1 | [PROPOSED] ORDER |

Pursuant to the parties' stipulation, the Court orders that the status conference currently set for June 21, 2017 be continued to August 2, 2017. The Court also finds that the exclusion of the period from June 21, 2017 to August 2, 2017 from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: June 16, 2017

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE